02-09-408-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-09-00408-CV 

 

 


 
 
 Searcy M. Ferguson, Jr.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 XTO Energy, Inc.
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE
48th District Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered the parties’ “Joint Motion To Dismiss
Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

 

 

Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App.
P. 43.4.

 

PER
CURIAM

PANEL:  MEIER, DAUPHINOT,
and WALKER, JJ.  

 

DELIVERED:  December 23, 2010











[1]See Tex. R. App. P. 47.4.